IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN CLAYTON THOMASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:21-cv-650-ECM |
| ) | |
| DUETSCHE BANK NATIONAL ) | |
| TRUST CO., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On July 22, 2022, the Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a). (Doc. 34). Voluntary dismissal in compliance with Fed. R. Civ. P. 41(a)(1)(A)(i) is self-executing. On August 1, 2022, the Court acknowledged the dismissal and directed the Clerk of the Court to close this case. (Doc. 35).

Now pending before the Court is the Defendant's motion for a permanent injunction to enjoin the state court proceedings (doc. 36). This case has been dismissed. The Defendant's motion seeks to have this Court exercise control over a state court and its proceedings, which the Court finds both inappropriate and unnecessary here. The appropriate course is for the Defendant to seek relief from the state court if necessary. Accordingly, it is

ORDERED that the Defendant's motion for a permanent injunction to enjoin the state court proceedings (doc. 36) is DENIED.

DONE this 4th day of August, 2022.

          /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE